

**Merson Law, PLLC**
950 Third Avenue, 18th Floor
New York, NY 10022
212-603-9100
Facsimile 347-441-4171
www.mersonlaw.com
Please mail all correspondence to NY office

**Merson Law, PLLC**
Pennsylvania Office
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

August 13, 2021

**VIA ECF FILING**
Hon. Brenda K. Sannes, U.S.D.J.
Hon. Andrew T. Baxter, U.S.M.J.
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

        Re: Sarah Powers-Barnhard v. Rick Butler
        Case #: 5:19-cv-01208-BKS-ATB

Dear Hon. Sannes and Hon. Baxter,

  My firm represents Plaintiff in the above referenced matter. We are sending this letter hoping to avoid formal motion practice, however, we have received information that the Butlers, while claiming that they do not have adequate money to resolve this lawsuit, are purchasing a volleyball club and building a new volleyball facility in North Carolina.

  Further, in an apparent attempt to assuage concerns about Mr. Butler's past, it appears that the Butlers are telling other children, their parents, volleyball coaches, and schools in North Carolina that the prior sexual abuse survivors, including Ms. Powers-Barnhard, have retracted their allegations and, at least as demonstrated by this lawsuit, that is not true. We are hopeful that this letter and any guidance by the Court will result in the Butlers ceasing and desisting from this and similar conduct as it only adds to Ms. Powers-Barnhard's claims.

  Thank you for Your Honors' attention to these matters.

               Respectfully submitted,

               */s/ Jordan Merson*
               Jordan K. Merson, Esq.
               Attorneys for Plaintiffs
               MERSON LAW, PLLC

cc *via ECF Filing*:

Danielle D'Ambrose, Esq.
D'Ambrose P.C.
205 North Michigan Avenue,
Suite 810
Chicago, Illinois 60601