UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| SARAH POWERS-BARNHARD, | Case No.: 5:19-cv-1208 |
| **Plaintiff,** | |
| -against- | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| RICK BUTLER, CHERYL BUTLER, GLV, INC. d/b/a SPORTS PERFORMANCE VOLLEYBALL CLUB and GREAT LAKES CENTER, and U.S.A. VOLLEYBALL, | |
| **Defendants.** | |

-----------------------------------------------------------------

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. The parties request that the Clerk of Court now close this case.

IT IS FURTHER STIPULATED AND AGREED that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be executed in separate counterparts, each of which shall be deemed to be an original.

Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of the Court shall enter judgment in this case dismissing the action with prejudice and shall close the case.

1

Date: March 3, 2022					D'Ambrose P.C.
							*Attorney for Defendant*
							205 N. Michigan Avenue, Suite 810
							Chicago, Illinois, 60601
							T: (312) 396-4121
							E: danielle@dambrosepc.com

						By:	*/s/ Danielle D'Ambrose*
							Danielle D'Ambrose


Date: March 17, 2022					Merson Law
							*Attorney for Plaintiff*
							950 3rd Ave, Floor 18
							New York, NY 10022
							T: (212) 603-9100
							E: jmerson@mersonlaw.com

						By:	*/s/ Jordan Merson*


It is hereby ORDERED that the Clerk of the Court shall dismiss the action with prejudice and shall close this case.


SO ORDERED this

  18th    day of    March    , 2022

Brenda K. Sannes
U.S. District Judge